UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRY PALMORE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6667** |
| **SHERIFF MARLIN GUSMAN** | **SECTION "E"** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the lack of objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Harry Palmore's claims under 42 U.S.C. § 1983 against Sheriff Marlin Gusman be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief may be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 9th day of July, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**